THE BINGHAMTON TRUST COMPANY, Respondent, *v.* AUGUSTUS G. WALES, as Sheriff of the County of Broome, Appellant.

Reported below, 43 App. Div. 620.
(Argued April 16, 1900; decided April 20, 1900.)

MOTIONS to correct the record by inserting therein a certified copy of a memorandum showing that the decision of the Appellate Division was unanimous, and by striking therefrom certain papers used on a motion to set aside the report of the referee, and to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 19, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion to dismiss the appeal was made upon the grounds that the appeal cannot be taken as of right to the Court of Appeals, the judgment of the Appellate Division having been unanimous, and said Appellate Division not having allowed the appeal or certified that questions of law have arisen which ought to be reviewed by this court.

*W. J. Welsh* for motion.

*T. B. Merchant* opposed.

Motion to amend record by inserting memorandum or certificate showing that the decision of the Appellate Division was unanimous denied, but without prejudice to an application to the Appellate Division for an order amending the order or judgment of affirmance so as to show that the decision was unanimous.

Motion to strike from the record the papers used on motion to set aside report of referee granted.

Motion to dismiss appeal denied, without costs.